Richard Salkow, Esq. (SBN 204572)
SALKOW LAW
11620 Wilshire Boulevard
Suite 900-012
Los Angeles, CA 90025
Tel: (310) 914-8484
Fax: (310) 914-0079

Attorneys for Plaintiff(s), Donald Jackson and Sandra Jackson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06cv7858 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| DONALD JACKSON AND SANDRA JACKSON,<br><br>          Plaintiffs,<br><br>vs.<br><br>PFIZER, INC., PHARMACIA CORPORATION, G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.),<br><br>          Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff(s), Donald Jackson and Sandra Jackson and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and

-1-

hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: August 31, 2009    SALKOW LAW

By: _____
Richard Salkow
Attorneys for Plaintiff(s), Donald Jackson and Sandra Jackson

DATED: Oct. 22, 2009    DLA PIPER LLP (US)

By: /s/ _____
Matt Holian
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: OCT 2 8 2009    _____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42531961.1